02CV 6066 (DRH/MLO)

SUPREME COURT OF THE STATE OF NEW YORK  
COUNTY OF SUFFOLK

Index No. 02-24258

---------------------------------------X
JAMES AIELLO,

                Plaintiff,

   -against-

WORLD WRESTLING FEDERATION,

                Defendant,
---------------------------------------X

Plaintiff(s) designates County as the place trial

The basis of the venue is Plaintiff's residence

SUMMONS WITH NOTICE

Plaintiff resides at  
329  10th Street  
West Babylon, N.Y. 11704  
County of Suffolk

TO THE ABOVE NAMED DEFENDANT(S):

    YOU ARE HEREBY SUMMONED to answer the complaint of the Plaintiffs and to serve a copy of your answer on the Plaintiff's attorney within twenty (20) days after the service of this Summons, exclusive of the day of service (or within 30 days after the service is completed if this Summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Defendant's Address:

W. 43rd Street & Broadway  
New York, N.Y.

Notice: The object of this action is:  negligence, personal injuries

The relief sought is monetary damages

    Upon your failure to appear, judgment will be taken against you by default for the sum of $1,000,000.00 with interest from August 23, 2001 and the costs of this action.

Dated:  Lindenhurst, N.Y.  
       September 24, 2002

                              Yours, etc.

                              ERNEST OWEN SAASTO, ESQ.  
                              Attorney for Plaintiff  
                              111 W. Sunrise Highway  
                              Lindenhurst, N.Y.  
                              (631) 326 5959

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK
---------------------------------------X

JAMES AIELLO

              Plaintiff,

  -against-

WORLD WRESTLING FEDERATION

              Defendant
---------------------------------------X

COMPLAINT

Index No.

    Plaintiff, by his her attorney, ERNEST OWEN SAASTO, ESQ., complaining of the Defendant, alleges:

1. That at all times hereinafter mentioned, the plaintiff, JAMES AIELLO, was and continues to be a resident of the State of New York, Suffolk County, at 320 10th Street-West Babylon, NY.

2. That upon information and belief, at all times hereinafter mentioned, the defendant, WORLD WRESTLING FEDERATION, was and still is an unincorporated business entity, organized and existing under the laws of the State of Connecticut, duly authorized to, conducts business, and has an office and place of business in New York at West 43rd Street and Broadway, New York, NY.

3. That, upon information and belief, at all times hereinafter mentioned, the defendant, WORLD WRESTLING FEDERATION, was and still is a foreign corporation, duly authorized to and conducts business and has a place of business in the State of New York, at West 43rd Street and Broadway, New York, NY.

4. That on or about August 23, 2001, while lawfully on the premises of the defendant, the plaintiff was caused to slip and fall, and, as a result thereof, sustained serious and severe personal injuries.

5. That said event and resulting personal injuries to the plaintiff were caused solely by reason of the negligence of the defendant, and without any

negligence on the part of the plaintiff.

6. That the defendants were negligent in allowing, causing, and permitting the above mentioned premises to become and remain in an unsafe and dangerous condition, in failing to take the necessary and proper means and precautions to prevent the occurrence of the accident; in failing and neglecting to maintain the plaintiff with a safe means of ingress and egress from the aforesaid premises; in failing to provide adequate lighting; in failing to warn or otherwise notify the plaintiff of the dangerous condition existing on the stairway; in failing to render timely and adequate assistance after having caused the plaintiff's injuries; and in being otherwise and further negligent and careless in the operation and maintenance of the aforesaid premises.

7. That by reason of the foregoing, the plaintiff has received and sustained severe, painful and permanent injuries to his body and person to the extent that he became sick, sore, lame and disabled; was incapacitated from his usual duties; was compelled to and did necessarily receive extensive medical care and attention, and will be so compelled in the future, and upon information and belief, his injuries will be permanent in nature.

8. That by reason of the foregoing, the Plaintiff, JAMES AIELLO, has sustained damages in the sum of ONE MILLION (1,000,000) DOLLARS.

WHEREFORE, plaintiff, JAMES AIELLO, demands judgment against the defendant above named in the sum of ONE MILLION (1,000,000) DOLARS, together with the costs, disbursements and interest of this action.

Dated: Lindenhurst, NY
September 24, 2002

Yours, etc.
ERNEST OWEN SAASTO
Attorney for Plaintiff
111 W. Sunrise Highway
Lindenhurst, NY 11757
631-226-5959

## VERIFICATION

STATE OF NEW YORK)
                 ) ss:
COUNTY OF SUFFOLK)

James Aiello, being duly sworn, deposes and says:

I am the Plaintiff in the within action; I have read the foregoing Complaint and know the contents thereof, the same is true to my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters, I believe it to be true.

                                    _____
                                         James Aiello

Sworn to before me
on September 24, 2002

_____
NOTARY PUBLIC, State of New York
No. [illegible]
Qualified in Suffolk County
Commission Expires Dec. 30, 2002